# United States District Court
# Eastern District of Wisconsin

BEVERLY T. KINDSCHUH
515 E JOHNSON ST.
FOND du LAC WI.
54935
(Full Name of Plaintiff or Plaintiffs)

vs

CURRY FIRST
158 N. BROADWAY
SUITE 600
MILWAUKEE WI 53202
(Full Name of Defendant or Defendants)

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
'09 APR 17 P1 :42
JON W. SANFILIPPO
CLERK

No. 09-C-0397
(Supplied by Clerk)

**COMPLAINT** ATTORNEY MALPRACTICE

I. PREVIOUS LAWSUITS

   A. Have you begun other lawsuits in state or federal court relating to the same occurrence involved in this action?
      ☒ YES   ☐ NO

   B. Have you begun other lawsuits in state or federal court?
      ☒ YES   ☐ NO

   C. If your answer to A or B was YES, provide the requested information below. If there is more than one lawsuit, describe each additional one on a separate sheet of paper, using the same outline.

      1. Parties to the previous lawsuit

      Plaintiff(s) BEVERLY T. KINDSCHUH

      Defendant(s) CITY OF FOND du LAC, CIVIL RIGHTS COMPLAINT
      CURRY FIRST   # 09-C-0214

      2. Court in which lawsuit brought (if federal court, name district: if state court, name the county) _____

3. Docket number __O9-C-0214__

4. Current status (for example: Was the case dismissed? Was it appealed? Is it still pending)? __STILL PENDING__

5. Approximate date of filing lawsuit __2-27-09__

6. Approximate date of disposition _____

## II. PARTIES

A. Your name (PLAINTIFF) __BEVERLY T. KINDSCHUH__

B. Your Address __515 E JOHNSON ST. FOND du LAC WI 54935__

(If there is more than one plaintiff, use the margin for extra space if you need it. List the address only if it is different from the address listed above).

C. DEFENDANT (name) __CITY OF FOND du LAC - BEN MERCER - TOM AHRENS - RANDY PAUTCH - JACKIE BRAATZ__

D. Defendants address __160 S. MACY FOND du LAC WI 54935__

E. Additional DEFENDANTS (names and addresses) __CURRY FIRST 158 N. BROADWAY SUITE 600 MILWAUKEE WI 53202__

## III. STATEMENT OF CLAIM (follow instructions carefully)

State briefly as possible the *essential facts* of your case. Tell what each defendant did to you that caused you to file this suit against them. If you are complaining about more than one wrong, use a separate **numbered** paragraph for each wrong, and describe each wrong in that paragraph and only that paragraph. State only the facts. *Do not give any legal theories or arguments, do not cite any cases or statutes. Do not feel you have to use all the space.* USE NO MORE THAN THE SPACE PROVIDED. THE COURT STRONGLY DISAPPROVES OF STATING CLAIMS OUTSIDE THE SPACE PROVIDED.

Begin statement of claim: ATTORNEY MALPRACTICE - CURRY FIRST REPRESENTATION FOR ME 2001 - COST ME MONEY - LOTS OF IT. NEGOTIATED SETTLEMENT INCLUDING MY DISMISSAL FROM EMPLOYMENT.

HAD HE TOLD ME THE FACTS OF THE CASE I WOULD NOT HAVE ENTERED INTO THE CONTRACT - MISREPRESENTATION OMITTED FACTS - COULD NOT GET UNEMPLOYMENT BENEFIT MONEY LOSS FROM MY PORTION INTO RETIREMENT PLAN WITH EMPLOYER MATCH. APPROX 15 YEARS WORK REMAINING DISABILITY BENEFIT AVAILABLE I WAS ELIGIBLE FOR - I EVEN ASKED HIM FOR INFO ON WRS. HE DISMISSED IT.

DISCOVERY 2005 BENEFIT LOSS

APPEAL 2006. ADMISSION FROM CITY STAFF DIDN'T HAVE TO TELL CURRY FIRST TOLD ME I COULD RECOUP MONEY LOSS THROUGH WORKERS COMP LEADING ME TO SIGN CONTRACT - HAD I KNOWN THE TRUTH I WOULD NOT HAVE ENTERED INTO THE CONTRACT

WORKER COMP DOES NOT COVER MONEY LOSS ONLY SMALL % SOME + MEDICAL EXPENSE. 4 YRS WAITING FOR WORKERS COMP HEARING. MUCH FRUSTRATION + IS DRAINING EMOTIONALLY WHEN I'M STILL SICK.

STATEMENT OF CLAIM CONTINUED

WC SENDING ME ALL OVER THE COUNTRYSIDE SEEING DOCTORS WHO DO NOT TREAT MY ILLNESS. WASTE OF MY ENERGY + HEALTH. COURT COSTS - EMOTIONAL IMPACT OF HAVING TO FIGHT ALL OF THIS WHEN I AM SICK. ILLNESS AND DISABILITY ARE DRAINING - MONEY LOSS DEVASTATING. CAN'T FIND STATUTE ON MALPRACTICE - ASK TO TOLL STATUTE BECAUSE OF DISABILITY.

WORKERS COMP WANTS TO ASSIGN ONE DAY OF INJURY ONLY - THERE WAS ONGOING INJURY - CURRY FIRST - ALYSON ZIERDT - CITY OF FOND DU LAC TOOK ADVANTAGE OF MY ILLNESS + DURESS SITUATION TO ENTER INTO A CONTRACT WITHOUT ACCURATE INFORMATION FROM CURRY FIRST. DISABILITY DISCRIMINATION. CURRY FIRST TOOK ON NEGOTIATIONS FOR MY DISMISSAL FROM MY EMPLOYMENT AT REQUEST OF ALYSON ZIERDT AFTER I HAD TOLD HER TO DEAL WITH ME.

## V. RELIEF YOU REQUEST

State exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. DO NOT USE THIS SPACE TO STATE THE FACTS OF YOUR CLAIM. USE IT ONLY TO REQUEST REMEDIES FOR THE INJURIES YOU COMPLAIN ABOUT. Use only the space provided. The court strongly disapproves of requesting remedies outside the space provided.

Recoup my lost money from giving up my job & disability benefit. Employer HR Director BEN MERCER (CITY OF FOND DU LAC) knew I was sick - withheld benefits.
Curry first was more supportive of opposite side than he was of me. He did not check out benefits for me nor would he ask them. He told me I was protected by laws.

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this 16th day of April, 2009    _Bruce T. Kimball_

_____
(Signature of Plaintiff(s))